**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MOIRA K. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 09-0146-KD-B |
| ) | |
| UNIVERSITY OF SOUTH ALABAMA, ) | |
| and SUE WALKER, CHRIS ) | |
| HOLLINGSWORTH, JOHN ) | |
| HALBROOKS, and BECKY ) | |
| McLAUGHLIN, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the order entered this date granting defendant's motion for summary judgment, it is hereby ORDERED, ADJUDGED and DECREED that plaintiff Moira K. Miller's claims against the defendants University of South Alabama, Sue Walker, Chris Hollingsworth, and Becky McLaughlin[1] be and hereby are DISMISSED with prejudice.

DONE and ORDERED this May 14, 2010.

                                                 **s/ Kristi K. DuBose**
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] Defendant John Halbrooks has been dismissed from this action.